UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOMINIC V. PULLANO,

                          Plaintiff,

                                              ORDER

                                              03-CV-6313L

              v.

UBS/PAINEWEBBER, INC.,

                          Defendant.

_____


        By letter dated May 16, 2007, plaintiff requests additional time to respond to defendant's

summary judgment motion.  Plaintiff requests a lengthy extension to accommodate this Court's

ruling on plaintiff's objections to the Order of United States Magistrate Judge Jonathan W. Feldman.

Defendant's do not oppose a thirty (30) day extension.

        Since the time for plaintiff to respond is approaching, to abate some anxiety, I will at least

grant plaintiff an additional thirty (30) days to July 16, 2007 within which to respond to defendant's

motion for summary judgment.  If defendant wishes to reply, it may do so before July 30, 2007.

        The Court will attend to the objections to Magistrate Judge Feldman's decision as soon as

possible and, depending on my decision, I may (or may not), grant plaintiff additional time within

which to respond.

        IT IS SO ORDERED.


                                   _____
                                          DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       May 18, 2007.