UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DOMINIC V. PULLANO,

                         Plaintiff,

                                                                      <u>ORDER</u>

                                                                      03-CV-6313L

                        v.

UBS/PAINE WEBBER, INC.,

                         Defendant.
_____

     By motion filed May 15, 2007 (Dkt. #70), defendant moved for summary judgment dismissing all claims. The Court heard oral argument on November 2, 2007 and, after hearing counsel, GRANTED defendant's motion in its entirety from the bench. The Court stated its several reasons for granting summary judgment on the record in open court and those reasons are incorporated here by reference.

CONCLUSION

     Defendant's motion for summary judgment (Dkt. #70) is granted in all respects and plaintiff's complaint is dismissed with prejudice.

     IT IS SO ORDERED.

                                                     _____
                                                          DAVID G. LARIMER
                                                         United States District Judge

Dated: Rochester, New York
         November 15, 2007.